**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRINA CHERNYAKHOVSKAYA, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES L.P., AND LVNV FUNDING LLC, <br><br> Defendants. | Civil Action No. 2:16-cv-1235 (JLL) <br><br> **ORDER** |

**LINARES**, Chief Judge.

This matter comes before the Court by way of Defendants', Resurgent Capital Services L.P. and LVNV Funding LLC (collectively "Defendants"), motion for judgment on the pleadings and motion to dismiss, pursuant to Federal Rules of Civil Procedure 12(c) and 12(b)(1), Plaintiff Irina Chernyakhovskaya putative class action Complaint (ECF No. 21) alleging Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. In accordance with Federal Rule of Civil Procedure 78, the Court has considered the submissions of the parties and decides this matter without oral argument. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this 18th day of August 2017,

**ORDERED** that Defendant Resurgent Capital Services L.P.'s motion is denied; and it is further

**ORDERED** that Defendant LVNV Funding LLC's motion is hereby granted.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
CHIEF JUDGE, U.S. DISTRICT COURT